IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BELINDA ROBERTSON,

    Plaintiff,

v.                                No. 2:25-cv-00077-KRS

STATE OF NEW MEXICO

    Defendant.

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

The Court ordered Plaintiff to show cause why the Court should not dismiss this case and to file an amended complaint by March 31, 2025. *See* Order to Show Cause, Doc. 6, filed March 10, 2025. Plaintiff now seeks an extension of time to file an amended complaint but does not state a reason why she needs an extension of time nor does she specify the length of time of the extension she seeks. *See* Motion for Extension of Time to File Amended Complaint, Doc. 7, filed March 25, 2025. The Court grants Plaintiff a 21-day extension of time to comply with the Order to Show Cause.

**IT IS ORDERED** that Plaintiff's Motion for Extension of Time to File Amended Complaint, Doc. 7, filed March 25, 2025, is **GRANTED.** Plaintiff's response to the Order to Show Cause and her amended complaint are due April 21, 2025. Failure to timely show cause and file an amended complaint may result in dismissal of this case. No additional extensions of time to comply with the Order to Show Cause will be granted absent extraordinary circumstances.

IT IS SO ORDERED this 27th day of March, 2025.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE