IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BELINDA ROBERTSON,

    Plaintiff,

v.     No. 2:25-cv-00077-KRS

STATE OF NEW MEXICO

    Defendant.

### ORDER DENYING SECOND MOTION FOR EXTENSION OF TIME

The Court ordered *pro se* Plaintiff to show cause why the Court should not dismiss this case and to file an amended complaint by March 31, 2025. *See* Order to Show Cause, Doc. 6, filed March 10, 2025. Plaintiff sought an extension of time to file an amended complaint but did not state a reason why she needed an extension of time nor did she specify the length of time of the extension she sought. *See* Motion for Extension of Time to File Amended Complaint, Doc. 7, filed March 25, 2025. The Court granted Plaintiff a 21-day extension of time to comply with the Order to Show Cause. *See* Order Granting Motion for Extension of Time, Doc. 8, filed March 27, 2025. The Court notified Plaintiff that no additional extensions of time to comply with the Order to Show Cause will be granted absent extraordinary circumstances. *See* Order Granting Motion for Extension of Time at 1.

Plaintiff now seeks a second extension of time and again does not state a reason why she needs an extension of time or specify the length of time of the extension she seeks. *See* Motion for Extension of Time, Doc. 9, filed April 14, 2025. The Court denies Plaintiff's second Motion for an extension of time because Plaintiff did not show there are extraordinary circumstances justifying an additional extension of time to respond to the Order to Show Cause.

2

**IT IS ORDERED** that Plaintiff's Motion for Extension of Time to File Amended Complaint, Doc. 9, filed April 14, 2025, is **DENIED.** Plaintiff's response to the Order to Show Cause and her amended complaint remain due by April 21, 2025.

IT IS SO ORDERED this 15th day of April, 2025.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE